ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Kolortek LTD D.O.O.E.L. | ) ASBCA No. 62439 |
| | ) |
| Under Contract No. W912SR-20-P-0005 | ) |

APPEARANCE FOR THE APPELLANT:      Dimitar Savovski, Esq.
                                                              Skopje, Republic of North Macedonia

APPEARANCES FOR THE GOVERNMENT:   Scott N. Flesch, Esq.
                                                              Army Chief Trial Attorney
                                                              MAJ Mark T. Robinson, JA
                                                              Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  April 22, 2021

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62439, Appeal of Kolortek LTD D.O.O.E.L., rendered in conformance with the Board's Charter.

Dated:  April 22, 2021

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals